JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HA-RAKHAMON F. AZIZI, | ) | NO. CV 09-6677-JSL(CT) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GOVERNMENT, ET. | ) | |
| DEPT. OF JUSTICE, DEPT. OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Dismissing Complaint for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: September 22, 2009

*[signature: Christina A. Snyder]*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE